## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **RONALD G. JOHNSON,** : | |
| : | Case No. 2:15-CV-2924 |
| **Plaintiff,** : | |
| : | JUDGE ALGENON L. MARBLEY |
| v. : | |
| : | Magistrate Judge Deavers |
| **OHIO DEPARTMENT OF** : | |
| **REHABILITATION AND CORRECTION,** : | |
| : | |
| **Defendant.** : | |

## ORDER

This matter is before the Court on the United States Magistrate Judge's **Report and Recommendation.** (Doc. 6). On December 16, 2015, the Magistrate Judge issued the Report and Recommendation, recommending that Plaintiff Ronald G. Johnson's complaint be dismissed in its entirety pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A. The Report and Recommendation specifically advises the parties that the failure to object to the Report and Recommendation within fourteen days results in "a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (Doc. 6 at 8). The parties have failed to respond. The deadline for objections lapsed on January 4, 2016.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. Accordingly, this action is **DISMISSED**. The clerk is directed to enter judgment for Defendant.

**IT IS SO ORDERED.**

                                                    s/ Algenon L. Marbley
                                                    **ALGENON L. MARBLEY**
                                                    **UNITED STATES DISTRICT JUDGE**

**DATED: January 11, 2016**